# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 28, 2015

### NO. 03-15-00213-CR

**Ex parte Kelly James McCarty**

**APPEAL FROM 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
DISMISSED AS MOOT -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the denial of an application for a writ of habeas corpus signed by the trial court. Having reviewed the record, the Court dismisses the appeal as moot. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.